Linda L. Streeter  (SBN 105950)
lstreeter@hinshawlaw.com
Amy K. Jensen  (SBN 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA  90025
Telephone:   (310) 909-8000
Facsimile:   (310) 909-8001

Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP


Tammy Hussin/Bar No. 155290
Weisberg & Meyers, LLC
6455 Pyrus Place
Carlsbad, CA  92011
Telephone:   (760) 676-4001
Facsimile:   (866) 565-1327

Attorneys for Plaintiff, CHRISTINE RUSSAK

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHRISTINE RUSSAK,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                    Defendant. | Case No.  CV08-04972 JSL (RZx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES:**

COMES NOW the Plaintiff and the Defendant, through the undersigned counsel, and hereby notify this Honorable Court that the Parties have reached an

1

**JOINT NOTICE OF SETTLEMENT**

31128692v1 46121

1    agreement to settle the within action.  The Parties intend to file a Stipulation of
2    Dismissal once the settlement documents have been finalized.

3
4                                          Respectfully Submitted,
5    DATED:  December 23, 2008             WEISBERG & MEYERS, LLC

6
7                                          By:   /s/ Tammy Hussin
                                           Tammy Hussin
8                                          Attorneys for Plaintiff,
                                           CHRISTINE RUSSAK
9
10   DATED:  December 23, 2008             HINSHAW & CULBERTSON LLP

11
12                                         By:   /s/  Amy Jensen
                                           Linda L. Streeter
13                                         Amy K. Jensen
                                           Attorneys for Defendant,
14                                         GC SERVICES LIMITED PARTNERSHIP
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT NOTICE OF SETTLEMENT**

31128692v1  46121

# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT          )
                                       )  ss
CENTRAL DISTRICT OF CALIFORNIA        )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within actions.  My business address is 11601 Wilshire Boulevard, Suite 800, Los Angeles, California 90025.

     On December 24, 2008, by and through my assistant, I caused the following document(s) described as **JOINT NOTICE OF SETTLEMENT** to be served on the following attorney(s) of record and/or interested parties in this action:

| | |
|---|---|
| **Tammy Hussin/Bar No. 155290**<br>**Weisberg & Meyers, LLC**<br>**6455 Pyrus Place**<br>**Carlsbad, CA   92011**<br>**(760) 676-4001 – Telephone**<br>**(866) 565-1327 –  Facsimile** | Attorney for Plaintiff,<br>CHRISTINE RUSSAK |

    **[X]    BY ELECTRONIC SERVICE:**  I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

    **[X]    FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.  I declare under penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct.

    Executed on December 24, 2008 at Los Angeles, California.

/s/  Amy K. Jensen, Esq.