Linda L. Streeter  (SBN 105950)
lstreeter@hinshawlaw.com
Amy K. Jensen  (SBN 226589)
ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA  90025
Telephone:   (310) 909-8000
Facsimile:   (310) 909-8001
Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP

Tammy Hussin/Bar No. 155290
Weisberg & Meyers, LLC
6455 Pyrus Place
Carlsbad, CA  92011
Telephone:  (760) 676-4001
Facsimile:   (866) 565-1327

Attorneys for Plaintiff, CHRISTINE RUSSAK

**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHRISTINE RUSSAK, <br><br> Plaintiff, <br><br> vs. <br><br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendant. | Case No.  CV08-04972 ODW (RZx) <br><br> **ORDER RE DISMISSAL** |

31125223v1  46121

1   GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED
2  THAT this proceeding be dismissed with prejudice based on the Stipulation of the
3  parties through their respective counsel, each party to bear his, her or its own fees and
4  costs.

Dated: January 21, 2009         By: _____
    **Hon. Otis D. Wright**

31125223v1  46121